OBERMAYER v. GEERING. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Appeal from Special Term, New York County. Action by Otto Obermayer against Adolph Geering. From an order denying a motion for judgment on the pleadings and sustaining a demurrer to the complaint, plaintiff appeals. Modified and affirmed. See, also, 130 N. Y. Supp. 674. L. B. Boudin, for appellant. Charles Coleman Miller, for respondent.

PER CURIAM. The order should be modified, by striking out the last clause thereof, being all of the provisions allowing the plaintiff to amend his complaint in 20 days on the payment of $10 costs. As so modified, the order is affirmed, without costs.

OBERMAYER, Appellant, v. GEERING, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Otto Obermayer against Adolph Geering. L. B. Boudin, for appellant. C. C. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

O'BRIEN, Appellant, v. MILLIKAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Daniel O'Brien against Lynn B. Millikan. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) Action by Frank O'Brien against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend decision denied, with $10 costs. For prior report, see 142 App. Div. 928, 127 N. Y. Supp. 1134.

O'BRIEN, Appellant, v. WALDO, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) In the Matter of John J. O'Brien against Rhinelander Waldo, Commissioner. G. W. Morgan, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNELL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by John O'Connell against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

O'CONNOR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Andrew O'Connor against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, costs to abide the event. See, also, 134 App. Div. 929, 118 N. Y. Supp. 1128.

O'GORMAN v. PFEIFFER. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Nellie O'Gorman against Minnie Pfeiffer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 125.

OHMANN, Appellant, v. MORNING JOURNAL ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Joseph Ohmann against the Morning Journal Association. G. D. Lamb, for appellant. C. J. Shearn, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

LAUGHLIN and SCOTT, JJ., dissent, on the ground that the verdict is inadequate.

OLCOTT et al., Appellants, v. KROEHLE, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by J. Van Vechten Olcott and others, as executors, etc., against Frederick W. Kroehle, impleaded with others. W. F. Wood, for appellants. L. W. Osterweis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OPPENHEIMER, Respondent, v. VAN RAALTE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Louis Oppenheimer against Emanuel Van Raalte and another. M. C. Katz, for appellants. J. H. Dougherty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 App. Div. 933, 129 N. Y. Supp. 1138.

ORTTON, Appellant, v. ACKERLY, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Mamie Ortton against Emma L. Ackerly. No opinion. Judgment affirmed, with costs.

PACE et al., Respondents, v. FRANK C. STRICK & CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Dominick Pace and another against Frank C. Strick & Co., Limited. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 1123.

In re PADDOCK. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) In the matter of George F. Paddock, an alleged incompetent person.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

WILLIAMS, J., not sitting.